# Sills Cummis & Gross
A Professional Corporation

101 Park Avenue
28th Floor
New York, New York  10178
Tel: (212) 643-7000
Fax (212) 643-6500

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  10/18/24
```

## MEMORANDUM ENDORSED

The Legal Center
One Riverfront Plaza
Newark, NJ 07102
Tel: (973) 643-7000
Fax: (973) 643-6500

**Scott D. Stimpson**
**Member**
**Admitted in NY**
**Direct Dial:  212-500-1550**
**Email: sstimpson@sillscummis.com**

October 17, 2024

**<u>Via ECF</u>**
The Honorable Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street, Room 2260
New York, NY 10007

Re:   *Helix Microinnovations LLC v. Marubeni America Corporation*
      <u>Civil Action No. 1:24-cv-6394-GHW</u>

Dear Judge Woods:

   This firm represents defendant Marubeni America Corporation ("Marubeni") in the above referenced matter.  We write together with counsel for plaintiff, Helix Microinnovations LLC ("Helix"), to respectfully request a 30-day stay of all deadlines in this case as the parties are very close to an agreement to resolve this matter in its entirety and need time to prepare a final agreement.

   This is the parties' first request for such an extension, and the request does not affect other scheduled dates.

   We thank the Court for its attention to this matter.

Application granted in part.  The parties' October 17, 2024 request for a 30-day stay of the deadlines in this case, Dkt. No. 17, is granted in part.  The Court will extend, rather than stay, the deadlines currently scheduled in this case.  The initial pretrial conference scheduled for October 31, 2024 is adjourned to December 3, 2024 at 3:00 p.m.  The joint status letter and proposed case management plan described in the Court's August 26, 2024 order are due no later than November 26, 2024.  And the deadline to answer or otherwise respond to the complaint is extended to November 21, 2024.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 17.

Respectfully submitted,

/s/ Scott D. Stimpson
Scott D. Stimpson

SO ORDERED.

12704577 v1  Dated:  October 18, 2024
      New York, New York

GREGORY H. WOODS
United States District Judge